IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM MAYO,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    Case No. 2:25-cv-02660-JDW |
| J. YODIS, *et al.*,<br>    Defendants. | :<br>:<br>: |

### ORDER

AND NOW, this 16th day of October, 2025, upon consideration of Plaintiff William Mayo's Motion For Leave To File an Amended Complaint (ECF No. 13), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, Mr. Mayo's Amended Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** as follows:

    a.    Mr. Mayo's official capacity claim and his due process claims based on his placement in disciplinary custody are **DISMISSED WITH PREJUDICE**;

    b.    Mr. Mayo's remaining constitutional claims are **DISMISSED WITHOUT PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii); and

    c.    Mr. Mayo's state law negligence claim is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

The Clerk of Court shall **TERMINATE** J. Yodis as a Defendant.

It is **FURTHER ORDERED** that Mr. Mayo may file a second amended complaint on or before November 14, 2025. Any second amended complaint must identify all defendants in the caption of the second amended complaint in addition to identifying them in the body of the second amended complaint and shall state the basis for Mr. Mayo's claims against each defendant. The second amended complaint shall be a complete document that does not rely on the initial Complaint or Amended Complaint, or other papers filed in this case to state a claim. When drafting his second amended complaint, Mr. Mayo should be mindful of my reasons for dismissing the claims in his Amended Complaint as explained in the Court's Memorandum. **Mr. Mayo should not include in his second amended complaint any claim that I have already dismissed with prejudice**. Upon the filing of a second amended complaint, the Clerk shall not make service until I so order.

The Clerk of Court shall send Mr. Mayo a blank copy of the Court's form complaint for a prisoner filing a civil rights action bearing the above civil action number. Mr. Mayo may use this form to file his second amended complaint if he chooses to do so.

If Mr. Mayo does not want to amend his Complaint and instead intends to stand on his Complaint as originally pled, he may file a notice with the Court on or before November 14, 2025, stating that intent, at which time I will issue a final order dismissing the case. Any such notice should be titled "Notice to Stand on Complaint," and shall include the civil action number for this case.

If Mr. Mayo fails to file any response to this Order, I will conclude that Mr. Mayo intends to stand on his Complaint and will issue a final order dismissing this case.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**